| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number: (973) 575-0707<br>Attorneys for Secured Creditor,<br>**Nationstar Mortgage LLC**<br><br>By: Laura M. Egerman, Esq. (LE-8250) | Case No.: 13-28534-MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |
| In Re:<br><br>**ANGEL HERNANDEZ**,<br><br>            Debtor(s) | |

Order Filed on November 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: November 3, 2016**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Debtor: Angel Hernandez
Case No: 13-28534-MBK
Caption of Order: **Order Approving Loan Modification**
_____

Upon consideration of Movant's Motion to Approve Loan Modification, and for good cause shown, it is:

**ORDERED** that the Movant's Motion to Approve Loan Modification is hereby GRANTED; and it is further

**ORDERED** that the approval and recording (if applicable) of the Loan Modification shall in no way constitute a violation of the automatic stay; and it is further

**ORDERED** that the Debtor shall file Modified Plan and an Amended Schedule J within 21 days of the entry of the within Order; and it is further

**ORDERED** that, in the event that the Loan Modification is not consummated, the Secured Creditor shall notify the Trustee and the Debtor's attorney of same.  Any money that was held by the Trustee pending completion of the Loan Modification shall be paid to Secured Creditor.

United States Bankruptcy Court
District of New Jersey

In re:  
Angel Hernandez  
    Debtor

Case No. 13-28534-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Nov 03, 2016  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.  
db　　　　　+Angel Hernandez,　 140 Passaic Street,　 Trenton, NJ 08618-4650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016　　　　　　　　　　　　　　　　Signature:　 /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2016 at the address(es) listed below:  
        Albert　Russo　　docs@russotrustee.com  
        Andrew L. Spivack　　on behalf of Creditor　　BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
        Charles G. Wohlrab　　on behalf of Creditor　　Nationstar Mortgage LLC. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        Denise E. Carlon　　on behalf of Creditor　　Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Donald　Quigley　　on behalf of Debtor Angel　Hernandez lawoffices@quigleyfayette.com, donaldquigley.dq@gmail.com  
        John D. Krohn　　on behalf of Creditor　　BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY nj.bkecf@fedphe.com  
        John Philip Schneider　　on behalf of Creditor　　BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
        Laura M. Egerman　　on behalf of Creditor　　Nationstar Mortgage LLC. legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com  
        R. A. Lebron　　on behalf of Creditor　　HSBC MORTGAGE SERVICES INC. bankruptcy@feinsuch.com  
        Rhondi L. Schwartz　　on behalf of Creditor　　Nationstar Mortgage LLC. njbankruptcynotifications@logs.com

                                                                             TOTAL: 10