Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−28534−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Angel Hernandez
  140 Passaic Street
  Trenton, NJ 08618

Social Security No.:
  xxx−xx−6283

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/26/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 27, 2017
JAN: kmf

                                                                Jeanne Naughton
                                                                Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                            Case No. 13-28534-MBK
Angel Hernandez                                                   Chapter 13
           Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2       Date Rcvd: Apr 27, 2017
                              Form ID: 148                Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db             +Angel Hernandez,    140 Passaic Street,    Trenton, NJ 08618-4650
cr             +BAYVIEW LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LI,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Bucks County Tax Claim Bureau,    c/o John Torrente,    680 Middletown Blvd.,
                 Oxford Valley Mall,    Langhorne, PA 19047-1817
cr             +Wilmington Trust, N.A.,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave. Suite 100,
                 Boca Raton, FL 33487-2853
514163054      +American Collections E,    205 S Whiting St Ste 500,    Alexandria, VA 22304-3632
514452561      +Bayview Loan Servicing, LLC, A Delaware et.al.,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd.,    5th Floor,    Coral Gables, FL 33146-1837
514163058      +Bristol Township,    2501 Bath Road,    Bristol, PA 19007-2150
514163061      +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
                 Warwick, RI 02886-1321
514163062      +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
514163063      +Credicentro,    Pob 686,    Barranquitas, PR 00794-0686
514163067      +EMC Mortgage/Chase,    3415 Vision Drive,    Mail Code OH4-7126,    Columbus, OH 43219-6009
514163066      +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
514163069      +Fremont Investment & Loan,    Attn: Bankruptcy,    Po Box 24738,    West Palm Beach, FL 33416-4738
514163075      +McCabe, Weisberg & Conway,    216 Haddon Avenue, Suite 303,    Westmont, NJ 08108-2811
514163077     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,      POB 619096,    Dallas, TX  75261-9741)
514163078      +New Century Mortgage C/Carrington,    1610 E. St. Andrew Place,    B150,
                 Santa Ana, CA 92705-4931
514163081     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,      8480 Stagecoach Cir,
                 Frederick, MD 21701)
516754876      +WILMINGTON TRUST, N.A.,    PO BOX 619096,    DALLAS, TX 75261-9096
516430054      +WILMINGTON TRUST, NATIONAL,    ASSOCIATION,    c/o Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Ave.,    Suite 100,    Boca Raton FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 11:47:51       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 11:47:47       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514352389      +E-mail/Text: bncmail@w-legal.com Apr 28 2017 11:47:56       ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514163056      +EDI: TSYS2.COM Apr 27 2017 22:38:00      Barclays Bank Delaware,    Attn: Bankruptcy,
                 P.O. Box 8801,    Wilmington, DE 19899-8801
514163057      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 28 2017 11:48:08
                 Bayview Financial Loan,    Bankruptcy Dept,    4425 Ponce De Leon Blvd  5th Fl,
                 Miami, FL 33146-1873
514163060       EDI: CITICORP.COM Apr 27 2017 22:38:00      Citibank Usa,
                 Citicorp Credit Services/Attn:Centralize,     Po Box 20507,    Kansas City, MO 64195
514163079       EDI: CITICORP.COM Apr 27 2017 22:38:00      Unvl/citi,    Attn.: Centralized  Bankruptcy,
                 Po Box 20507,    Kansas City, MO 64195
514163059      +EDI: CAPITALONE.COM Apr 27 2017 22:38:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
514163064      +EDI: CRFRSTNA.COM Apr 27 2017 22:38:00      Credit First/CFNA,    Bk13 Credit Operations,
                 Po Box 818011,    Cleveland, OH 44181-8011
514163065      +EDI: RCSFNBMARIN.COM Apr 27 2017 22:38:00      Credit One Bank,    Po Box 98873,
                 Las Vegas, NV 89193-8873
514163068       EDI: FORD.COM Apr 27 2017 22:38:00      Ford Motor Credit Corporation,    Ford Motor Credit,
                 Po Box 6275,    Dearborn, MI 48121
514163070      +EDI: RMSC.COM Apr 27 2017 22:38:00      GECRB/JC Penny,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
514293804      +EDI: HFC.COM Apr 27 2017 22:38:00      HSBC Mortgage Services, Inc.,    PO Box 21188,
                 Eagan, MN 55121-0188
514163072       EDI: HFC.COM Apr 27 2017 22:38:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
514163071       EDI: HFC.COM Apr 27 2017 22:38:00      Hsbc Bank,    12447 Sw 69th Ave,    Tigard, OR 97223-8517
514163073       EDI: HFC.COM Apr 27 2017 22:38:00      Hsbc/mscpi,    Po Box 3425,    Buffalo, NY 14240-3425
514299128       EDI: RESURGENT.COM Apr 27 2017 22:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514299125       EDI: MERRICKBANK.COM Apr 27 2017 22:38:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
514163076      +EDI: MERRICKBANK.COM Apr 27 2017 22:38:00      Merrick Bk,    Attn: Bankruptcy,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
514163080      +EDI: VERIZONEAST.COM Apr 27 2017 22:38:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 27, 2017
                              Form ID: 148             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514289147*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                PO Box 630267,    Irving, TX 75063)
514163055     ##+Aurora Loan Services,    Attn: Bankruptcy Dept.,    2617 College Park,
                Scottsbluff, NE 69361-2294
514163074     ##+Lidices Rojas,    Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067-4177
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:

```
              Albert Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert Russo     docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald Quigley    on behalf of Debtor Angel    Hernandez lawoffices@quigleyfayette.com,
               donaldquigley.dq@gmail.com
              John D. Krohn    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY
               COMPANY nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC. legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Trust, N.A. legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              R. A. Lebron    on behalf of Creditor    HSBC MORTGAGE SERVICES INC. bankruptcy@feinsuch.com
              Rhondi L. Schwartz    on behalf of Creditor    Nationstar Mortgage LLC.
               njbankruptcynotifications@logs.com
                                                                                                TOTAL: 13
```